UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re Baycol Products,

MDL No. 01-1431 (MJD/SRN)

Robert Hoffman,

Plaintiff,

v.

Civil No. 02-33 (JMR/FLN)

Bayer Corporation,

Defendant.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number MDL 01-1431 having been assigned to Judge Michael J. Davis and case number 02-33 having later been assigned to Judge James M. Rosenbaum and said matters being related cases,

IT IS HEREBY ORDERED that case number 02-33 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: April 26, 2002

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: April 29, 2002

CHIEF JUDGE JAMES M. ROSENBAUM
United States District Court

FILED APR 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Robert Hoffman

vs. 02-33MJD

Bayer Corporation

The above-entitled matter has been re-assigned to Judge Michael J. Davis as a related case to 0:02MD1431 - In Re: Baycol Products Litigation. Please note the change in judge initials above and refer to them when filing materials with the court.